**FIRST PACIFIC ADVISORS, INC., Plaintiff–Appellant,**

v.

**VANTAGEPOINT INVESTMENT AD-VISORS, a Delaware Limited Liability Company; et al., Defendants–Appellees.**

No. 03–57128.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 14, 2005.

Paul W. Cane, Jr., Esq., Paul, Hastings, Janofsky & Walker, LLP, San Francisco, CA, for Plaintiff–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Geoffrey Thomas Stover, Esq., Paul Hastings Janofsky & Walker, Alan S. Petlak, Esq., Morgan Lewis & Bockius, Los Angeles, CA, for Defendants–Appellees.

Before: GRABER and W. FLETCHER, Circuit Judges, and FOGEL**, District Judge.

MEMORANDUM***

Plaintiff First Pacific Advisors, Inc., appeals the district court's grant of summary judgment in favor of Defendant Vantagepoint Investment Advisors. On de novo review, *Am. Bankers Ass'n v. Gould*, 412 F.3d 1081, 1085 (9th Cir.2005), we affirm.

Defendant did not breach any provision of the parties' contract. The contract allowed Defendant to withdraw its funds at any time. The contract contained no requirement for Plaintiff to keep a minimum balance, nor any requirement to pay Defendant except for services actually rendered with respect to funds in the account.

AFFIRMED.

---

** The Honorable Jeremy Fogel, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

